IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BOBBY MARION DIXON,

    Petitioner,                      No. CIV S-06-1728 MCE DAD P

    vs.

ARNOLD SCHWARZENEGGAR, et al.,

    Respondents.                  ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The court is in receipt of petitioner's inquiry as to the status of this habeas action.

        Court records reveal that on February 24, 2006, petitioner initiated a habeas action by filing a document styled, "Application For Extension Of Time To File Writ Of Habeas Corpus By Person In Custody And Extension Of Time To File Opening Brief For First Level Of Federal Appeals." The Clerk of the Court construed the application as a habeas action and designated it as Case No. CIV S-06-0410 DFL GGH P. Subsequently, on March 27, 2006, petitioner filed another request for an extension of time in that action indicating that his appointed state appellate attorney had provided him with the record in his case consisting of 30,000 to 50,000 pages and that he needed additional time to review the materials. To the

1

extension request petitioner attached an application and declaration from his appointed state appellate counsel, Lori Klein, in which Ms. Klein stated that she was appointed to represent petitioner on May 6, 2002 and that petitioner was challenging his Sacramento County Superior Court judgment of conviction on charges of first degree murder, attempted robbery, conspiracy to commit robbery, assault likely to produce great bodily injury, and vehicle theft.  Attorney Klein's declaration also states that petitioner was sentenced to an indeterminate term of twenty-five years to life and an additional determinate term of six years and eight months on those charges.  Thus, it is clear from petitioner's submissions in Case No. CIV S-06-0410 DFL GGH P that he is challenging his Sacramento County Superior Court conviction in that action.

On August 7, 2006, petitioner filed a habeas petition with this court challenging the same Sacramento County Superior Court judgment of conviction.  This was the petition that he had asked for an extension of time to file in Case No. CIV S-06-0410 DFL GGH P However, because petitioner failed to use the case file number assigned to his first habeas action, the pending action was opened in error with the receipt of the petition.

Accordingly, IT IS HEREBY ORDERED that:

1. This action be administrative closed;

2. All documents filed in CIV S-06-1728 MCE DAD P be removed and placed in case file number CIV S-06-0410 DFL GGH P; and

3. Petitioner is cautioned that all subsequently filed documents and pleadings for his habeas action must contain the case file number CIV S-06-0410 DFL GGH P.

DATED: March 23, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
dixo1728.close

2